Hon. T. K. Wilkinson - Page 9

order duly made and entered upon the
Minutes of same court, fix the salaries
of the County Commissioners for such year,
within the limits as provided in this Act.'

"Therefore, it is our opinion that
the new salary rate established under the pro-
visions of said H. B. No. 84, could not become
effective previous to the actual date of the
lawful order of the Commissioners' Court fixing
such salaries at its first regular meeting
after May 11, 1945, the effective date of said
H. B. No. 84."

Yours very truly

ATTORNEY GENERAL OF TEXAS

By      Wm. J. Fanning
Assistant

WJF:BT



APPROVED
OPINION
COMMITTEE
BY